**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREG CASSIERE,<br><br>    Plaintiff,<br><br> -against-<br><br>NAVIENT SOLUTIONS, INC,<br><br>    Defendant. | Case #: 7:16-cv-06607-NSR |

## NOTICE OF SETTLEMENT

Plaintiff, GREG CASSIERE, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  January 3, 2017   RESPECTFULLY SUBMITTED,

            By: /s/ Shireen Hormozdi
              Shireen Hormozdi
              Hormozdi Law Firm, LLC
              1770 Indian Trail Lilburn Road, Suite 175
              Norcross, GA 30093
              Tel: 678-395-7795
              Fax: 866-929-2434
              shireen@agrusslawfirm.com
              shireen@norcrosslawfirm.com
              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On January 3, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Christine Debevec, at cdebevec@stradley.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi